UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ALLEN RAMIREZ, | No. C 07-5785 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL EVANS, warden, | |
| Respondent. | |

Glenn Allen Ramirez, a prisoner at Salinas Valley State Prison, has filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition challenges a restitution order that apparently was imposed as part of the sentence he received on April 26, 2002 in Santa Clara County Superior Court. He alleges that the court erred in imposing a fine under California Government Code § 13987(a) because it failed to consider a defendant's ability to pay. The claim asserted is only for a state law error and therefore is outside the scope of a federal habeas action; the federal writ of habeas corpus can only be issued to remedy a violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(a); see Estelle v. McGuire, 502 U.S. 62, 67-68 (1991). Accordingly, this action is DISMISSED for lack of subject matter jurisdiction.

The in forma pauperis application is GRANTED. (Docket # 2.)

The clerk shall close the file.

IT IS SO ORDERED.

DATED: March 12, 2008

SUSAN ILLSTON
United States District Judge