UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ALLEN RAMIREZ, | No. C 07-5785 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MICHAEL EVANS, warden, | |
| Respondent. | |

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 12, 2008

SUSAN ILLSTON
United States District Judge